

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00044-CV

**TITLE SOURCE, INC.**,
Appellant

v.

**HOUSECANARY, INC.**, formerly known as Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we WITHDRAW our June 3, 2020 opinion and judgment in this case. The trial court's take-nothing judgment on appellant Title Source, Inc.'s breach of contract claim is AFFIRMED. The trial court's judgment is REVERSED on appellee HouseCanary, Inc., formerly known as Canary Analytics, Inc.'s Texas Uniform Trade Secrets Act and fraud claims, and we REMAND this case with instructions that HouseCanary must elect to either: (1) recover on the jury's contract findings in its favor; or (2) retry all of its claims against Title Source.

We ORDER appellee HouseCanary, Inc., formerly known as Canary Analytics, Inc. to pay the costs of this appeal.

SIGNED August 26, 2020.

_____
Beth Watkins, Justice